IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LOLITA K. JOHNSON**                                                                      **PLAINTIFF**

v.                              CASE NO. 4:24-CV-00082-BSM

**CITY OF MENIFEE**                                                                         **DEFENDANT**

## ORDER

The City of Menifee's motion to dismiss [Doc. No. 11] is granted because Lolita Johnson's complaint is time-barred. Johnson was required file her Title VII lawsuit within ninety days of receiving her right to sue letter from the EEOC. *Hales v. Casey's Mktg. Co.*, 886 F.3d 730, 736 (8th Cir. 2018). The letter was issued on October 19, 2023. Am. Original Compl. 45, Doc. No. 6. Because Johnson has not shown exactly when she received the letter, it is presumed to have arrived three days later on October 23, 2023. *See* Compl. 2, Doc. No. 2; *Hales*, 886 F.3d at 736; Br. Supp. Mot. Dismiss 6, Doc. No. 12. Ninety days from that date is January 22, 2024. *Id.* And Johnson did not file suit until January 31, 2024. *See* Compl. 1. For these reasons, her claims are time-barred and must be dismissed with prejudice. *See Reese v. Correct Care Sols., LLC*, No. 2:19-CV-00007 KGB, 2019 WL 4463288, at *2–3 (E.D. Ark. Sept. 17, 2019).

IT IS SO ORDERED this 22nd day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE