IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LOLITA K. JOHNSON**                                                    **PLAINTIFF**

**v.**                          **CASE NO. 4:24-CV-00082-BSM**

**CITY OF MENIFEE**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE